IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GILLAN AND HARTMANN, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 15-1035 |
| v. | : | |
| | : | |
| KIMMEL BOGRETTE ARCHITECTURE | : | |
| + SITE, INC., MARTIN D. KIMMEL & | : | |
| MONTGOMERY COUNTY COMMUNITY | : | |
| COLLEGE, | : | |
| Defendants. | : | |
| | : | |

**ORDER**

On March 11, 2015, Gillan and Hartmann, Inc. ("Plaintiff") filed an Amended Complaint against Kimmel Bogrette Architecture + Site, Inc. and Martin D. Kimmel (collectively "Kimmel"), and Montgomery County Community College ("MC3") (collectively "the Defendants"). (Dkt No. 2.) AND NOW, this 28th day of May, 2015, it is hereby ORDERED that:

1. Upon consideration of Plaintiff's Motion for a Preliminary Injunction, (Dkt No. 3), MC3's Response, (Dkt No. 5), Kimmel's Response, (Dkt No. 13), Plaintiff's Reply, (Dkt No. 18), and the arguments and testimony heard at the Preliminary Injunction Hearing held on March 24, 2015, it is hereby ORDERED that said Motion is DENIED;

2. Upon consideration of MC3's Motion to Dismiss and Motion for Attorneys' Fees. (Dkt No. 16), and Plaintiff's Response, (Dkt No. 25), it is hereby ORDERED that MC3's Motion is GRANTED IN PART AND DENIED IN PART:

    a. Plaintiff's claim against MC3 for copyright infringement is DISMISSED;
    b. The Court DECLINES to exercise supplemental jurisdiction over the remaining state claims against MC3;
    c. All claims against MC3 are thus DISMISSED;
    d. MC3's Motion for Attorneys' Fees is DENIED;

3. Upon consideration of Kimmel's Motion to Dismiss and Motion for Attorneys' Fees, (Dkt No. 21), and Plaintiff's Response, (Dkt No. 31), it is hereby ORDERED that Kimmel's Motion is GRANTED IN PART AND DENIED IN PART:

a. Plaintiff's claim against Kimmel for copyright infringement is DISMISSED;
   b. The Court DECLINES to exercise supplemental jurisdiction over the remaining state claims against Kimmel;
   c. All claims against Kimmel are thus DISMISSED;
   d. Kimmel's Motion for Attorneys' Fees is DENIED;

4. Upon consideration of Plaintiff's Motion to amend its Amended Complaint to add an additional party, (Dkt No. 26), MC3's Response, (Dkt Nos. 27, 33), and Kimmel's Response, (Dkt No. 32) it is hereby ORDERED that Plaintiff's Motion is DENIED.

5. The Clerk of Court is DIRECTED to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.